2000 ND 99

**Randy PETERSON, Claimant and Appellant,**

v.

**NORTH DAKOTA WORKERS COMPENSATION BUREAU, Appellee.**

No. 20000031.

Supreme Court of North Dakota.

May 25, 2000.

Rehearing Denied June 8, 2000.

Randy Peterson, pro se.

John C. Simonson, Special Assistant Attorney General, Fargo, for appellee.

PER CURIAM.

[¶ 1] Randy Peterson appeals the judgment of the East Central Judicial District Court affirming the North Dakota Workers Compensation Bureau's order dismissing his claim for benefits. The judgment is summarily affirmed under N.D.R.App.P. 35.1(a)(5). The Bureau's request for costs and fees on appeal is denied.

[¶ 2] GERALD W. VANDE WALLE, C.J., DALE V. SANDSTROM, WILLIAM A. NEUMANN, MARY MUEHLEN MARING, CAROL RONNING KAPSNER, JJ., concur.